Fredric J. Gross
FREDRIC J. GROSS LAW FIRM
7 East Kings Highway
Mount Ephraim, NJ  08059
(856) 931-1511
Attorney for Peter Zilahy Ingerman

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO. 08-CV 5117-JHR-JS

PETER ZILAHY INGERMAN,                                              Plaintiff,

- versus -

DELAWARE RIVER PORT AUTHORITY,                                      Defendant.

### NOTICE OF MOTION FOR COSTS INCLUDING ATTORNEY FEES

Please take notice that on August 2, 2009, plaintiff shall move for an award of costs and attorney fees.  Plaintiff shall rely upon the accompanying Declaration of the undersigned counsel and the accompanying letter brief.  A form of order is provided. **I certify that service is being accomplished by ECF.**

                                              Respectfully submitted,

                                              /s/ Fredric J. Gross
                                              FREDRIC J. GROSS

July 8, 2009.