**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER ZILAHY INGERMAN,<br><br>              Plaintiff,<br><br>v.<br><br>DELAWARE RIVER PORT AUTHORITY,<br><br>              Defendant | Civil Action<br><br>No. 08-5117 (JHR)<br><br><br><br>DOCUMENT FILED ELECTRONICALLY |

**NOTICE OF APPEAL**

```
ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ  08033
(856) 795-2121
Attorneys for Defendant
By: CHRISTOPHER R. GIBSON, ESQUIRE (CG-2419)
    John R. Powers, Esquire (032042005)
```

Notice is hereby given that Defendant, Delaware River Port Authority, hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Order issued on June 30, 2009.

The appeal by Defendant is directed to the Court's order denying Defendant's motion as to Plaintiff's Privacy Act claim, granting Plaintiff's Cross Motion for Partial Summary Judgment, permanently enjoining Defendant from requiring the disclosure of social security numbers as a condition for membership in its E-ZPass Senior Citizen Program, requiring Defendant to inform applicants hereto forward that disclosure of the social security number is voluntary, requiring Defendant to no longer reject an applicant solely because of refusal to disclose his or her social security number, and granting attorney fees and costs.

This appeal is authorized as an appeal from a final decision of a United States District Court under 28 U.S.C. § 1291.

                                              Respectfully submitted,

                                              ARCHER & GREINER,
                                              A Professional Corporation
                                              Attorneys for Defendant,
                                              Delaware River Port Authority

                                              By: /s/ *Christopher R. Gibson*
                                                    CHRISTOPHER R. GIBSON

Dated: July 28, 2009.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER ZILAHY INGERMAN, | Civil Action |
| Plaintiff, | No. 08-5117 (JHR) |
| v. | |
| DELAWARE RIVER PORT AUTHORITY, | DOCUMENT FILED ELECTRONICALLY |
| Defendant | |

**CERTIFICATE OF SERVICE FOR NOTICE OF APPEAL**

```
ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ  08033
(856) 795-2121
Attorneys for Defendant
By: CHRISTOPHER R. GIBSON, ESQUIRE (CG-2419)
    John R. Powers, Esquire (032042005)
```

I certify that on July 28, 2009, I filed Defendant's Notice of Appeal via CM/ECF, and caused the same to be served via Electronic Filing as follows:

>Frederic J. Gross, Esquire
>7 East Kings Highway
>Mt. Ephraim, NJ  08059
>Attys. For Plaintiff/Appellee - Peter Ingerman

Pursuant to the Third Circuit Court of Appeal's Local Appellate Rule 3.1, I also caused a copy of this Notice to be sent to the Honorable Joseph H. Rodriguez, U.S.D.J. by ordinary mail.

By: */s/ Christopher R. Gibson*
CHRISTOPHER R. GIBSON

4758928v1