

# ARCHER & GREINER, P.C.
## ATTORNEYS AT LAW

**CHRISTOPHER R. GIBSON**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

**Email Address:**
cgibson@archerlaw.com

**Direct Dial:**
(856) 354-3077

www.archerlaw.com

July 31, 2009

**RECEIVED**
**AUG 3 - 2009**
**KAREN M. WILLIAMS**
**U.S. MAGISTRATE JUDGE**

**Document Submitted via Fax and Regular Mail**

Honorable Karen M. Williams, U.S.M.J.
United States District Court
Mitchell H. Cohen U.S. Courthouse
Camden, NJ 08101

RE: *Peter Zilahy Ingerman v. DRPA*
    Civil Action No.: 08-5117 (JHR)
    **Request to File Sur-Reply to Plaintiff's New Fee Request**

Dear Judge Williams,

    Defendant Delaware River Port Authority ("DRPA") submits this letter seeking leave to respond to Plaintiff's new request for additional fees, which request is set forth in Plaintiff's Reply Declaration Supporting Fee Request filed July 21, 2009. In that declaration, Plaintiff asks this Court for an additional grant of $3,000 in attorney's fees—a nearly 18% increase over his original fee application. Upon the direction of Your Honor's law clerk, Defendant now submits this letter asking leave of the Court to file a sur-reply to Plaintiff's new request. A sur-reply is necessary because this matter is to be decided without oral argument, and Plaintiff's new fee request was first raised in his reply brief. Without leave to file a reply, Defendant will have no opportunity to challenge the new request.

    In its Response to Plaintiff's initial fee application, Defendant argued that the $500/hr rate proposed by Mr. Gross was significantly higher than the prevailing market rate. Allowing the applying party to recover fees incurred in defending an unreasonable rate would provide a problematic incentive to inflate the proposed hourly rate in the initial fee application, inviting additional fee litigation, which in turn balloons the size the of the fee request. Defendant is aware of U.S. Supreme Court precedent warning against this very scenario. Defendant

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

JULY 31, 2009
PAGE 2

anticipates that if granted leave, its sur-reply would be very brief—under two pages in letter form.

                                Respectfully submitted,

                                CHRISTOPHER R. GIBSON

CRG/bcp

cc:    John R. Powers, Esquire
        Frederick J. Gross, Esquire (Fax and Regular Mail)

4810847v1

So Ordered this 4th day of August, 2009